**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 08, 2025

Mr. Joshua Sean Smith
Office of the Attorney General of Michigan
P.O. Box 30217
4th Floor
Lansing, MI 48909

Re:  Case No. 25-1608, *Paula Bailey, et al v. MDOC, et al*
     Originating Case No. 2:19-cv-13442

Dear Counsel,

   This appeal has been docketed as case number **25-1608** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

   Below is a list of requirements for appellant and appellee. Forms should be downloaded from the web site and filed with the Clerk's office by **July 22, 2025**.  If the appellate filing fee has not been paid, it must be paid by that date as well.

|  | |
|---|---|
| Appellant: | Appearance of Counsel |
|  | Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

**Transcript:**  Appellant counsel must make an initial electronic filing entry, either ordering transcript or certifying transcript will not be ordered, by **July 22, 2025**.  *See FRAP 10(b)(1)*.  For further information regarding the available options and instructions, visit the court's website.  Please note the district court may require additional filings or forms to complete the transcript order.  If the electronic filing is not made by this deadline, a briefing schedule will issue.

    Should you have any questions regarding these requirements, please do not hesitate to contact the Clerk's Office.

                                          Sincerely,

                                          s/Gretchen A.
                                          Case Manager
                                          Direct Dial No. 513-564-7018

cc:  Ms. Rebekah Lynn Bailey
     Ms. Samantha Marie Baker
     Ms. Grace Chanin
     Mr. Ari Kresch
     Mr. Jonathan Robert Marko
     Ms. Cary S. McGehee
     Mr. Matthew Morgan
     Mr. Solomon M. Radner
     Ms. Beth M. Rivers
     Ms. Channing Elizabeth Robinson-Holmes
     Mr. David S. Steingold

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 25-1608**

PAULA BAILEY; KRYSTAL CLARK; HOPE ZENTZ

      Plaintiffs - Appellees

v.

MICHIGAN DEPARTMENT OF CORRECTIONS

      Defendant

HEIDI E. WASHINGTON; JEREMY HOWARD; SHAWN BREWER; KENNETH T. MCKEE; JEREMY BUSH; LIA GULICK; ED VALLARD; DAVID JOHNSON; KARRI OUSTERHOUT; JOSEPH TREPPA; DAN CARTER; JOEL DREFFS; RICHARD BULLARD; TONI MOORE

      Defendants - Appellants